UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :    Criminal Action No.: 07-292 (RMU)
                                  :
Mythili Gopal        ,            :    SEALED   **FILED**
                                  :
              Defendant.          :    OCT 3 0 2007
                                  
                    **O R D E R**         NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT

It is this 30 day of October 2007,

**ORDERED** that a Status hearing in the above-captioned case shall take place on Feb. 5, 2008 at 10am. (telephonic)

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge