NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

FILED

OCT 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. )    Criminal No.  07-0292
)
)
_Mythili Gopal_ )
Defendant                       SEALED

To:  Nancy Mayer-Whittington, Clerk

You are hereby notified that I appear for the defendant indicated in the above entitled action.

I am appearing in this action as:           (Please check one)

☐ CJA                 ☑ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

_John M Reed IV  12569 SC_
(Attorney's Name and Bar ID Number)

_Pillsbury + Reed, PA_
(Firm Name)

_1204 - A E. Washington St._
(Street Address)

_Greenville      SC        29601_
(City)          (State)       (Zip)

Telephone No:  _864 241 - 9828_