NOTICE OF APPEARANCE

CLERK'S OFFICE<br>
UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA<br>
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA  )
)
)
)
vs.  ) Criminal No. 07-0292
)
_Mythili Gopal_  )  **SEALED**
)
**Defendant**

To: Nancy Mayer-Whittington, Clerk

You are hereby notified that I appear for the defendant indicated in the above entitled action.

I am appearing in this action as:     (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_Anjali Chaturvedi_
**ANJALI CHATURVEDI**
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

ANJALI CHATURVEDI
DC 446177
(Attorney's Name and Bar ID Number)

NIXON PEABODY
(Firm Name)

401 9th St NW Ste 900
(Street Address)

Washington          DC          20004
(City)          (State)          (Zip)

Telephone No: 202-585-8270

achaturvedi@nixonpeabody.com