United States District Court
for the District of Columbia

**FILED**

the __30__ day of __October__ 20__07__

OCT 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

__United States__

vs.

__Mythili Gopal__

Civil Action No. __07-0292__

**SEALED**

The Clerk of said Court will __Please enter the appearance of Clifford I. Rones as Counsel for the Government__

__Clifford Rones__  __CA Bar 85060 10284__
(Name)                (Bar ID)                    (Name)                (Bar ID)

__Counterespionage Section__
__1400 New York Ave, NW__  __US Department of Justice__
__9th Floor, Washington DC 20530__
(Address)                                          (Address)

__202-514-1124__
(Phone Number)                                (Phone Number)

__Government__
(Attorney for)                                     (Attorney for)

PRAECIPE
CO-525 (1/06)