<u>NOTICE OF APPEARANCE</u>

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

FILED

OCT 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| ) | |
| **vs.**  ) | Criminal No. _O7-0292_ |
| ) | |
| ) | |
| _Mythili Gopal_  ) | SEALED |
| **Defendant** | |

To:  Nancy Mayer-Whittington, Clerk

**You are hereby notified that I appear for the defendant indicated in the above entitled action.**

**I am appearing in this action as:**          (Please check one)

☐ **CJA**          ☑ **RETAINED**          ☐ **FEDERAL PUBLIC DEFENDER**

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

_P. Grayson Yeargin   #476324_
(Attorney's Name and Bar ID Number)

_Nixon Peabody LLP_
(Firm Name)

_401 9th St, NW Suite 900_
(Street Address)

_Washington,_      _DC_      _20004_
(City)          (State)          (Zip)

Telephone No:  _(202) 585-8273_