*United States District Court*
*for the District of Columbia*

**FILED**
OCT 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the __30__ day of __October__ 20__07__

__United States__

vs.

__Mythili Gopal__

Civil Action No. __07-0292__

**SEALED**

The Clerk of said Court will __Please enter the Appearance of Jay Bratt and Anthony Asuncion as Counsel for the government__

__Jay I. Bratt (IL 6187361)__
(Name)         (Bar ID)
__555 4th Street, NW__
(Address)
__(202) 353-3601__
(Phone Number)
__U.S.A.__
(Attorney for)

__Anthony Asuncion (DC Bar 420822)__
(Name)         (Bar ID)
__555 4th St., NW  WDC 20530__
(Address)
__(202) 514-6950__
(Phone Number)
__U.S.A.__
(Attorney for)

PRAECIPE
CO-525 (1/06)