**United States District Court**
**for the District of Columbia**

FILED
OCT 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SEALED

UNITED STATES OF AMERICA

v.

**MYTHILI GOPAL**

WAIVER OF INDICTMENT

Case Number: 07- 0292    (RMU)

I, **Mythili Gopal**, the above named defendant, who is accused of **Conspiracy, Title 18, United States Code, Section 371** and being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **October 30, 2007,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____ 10/30/07
Defendant

_____
Counsel for Defendant

Before: _____
Ricardo M. Urbina
United States District Court Judge

Date: Oct. 30, 2007