UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** 07-0292 |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| **MYTHILI GOPAL,** | : | |
| | : | |
| Defendant. | : | |

### ORDER

At the request of the parties, and in light of the defendant's ongoing cooperation, the above-captioned matter shall be sealed until further order of the Court.

**DONE AND ORDERED** this 30th day of October, 2007.

_____
Honorable Ricardo M. Urbina
United States District Judge


Copies to:

AUSA Jay I. Bratt
Anjali Chaturvedi, Esq.