UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                    )<br>)<br>)<br>Parthasathy Sudarshan, )<br>Mythili Gopal, )<br>AKN Prasad, and )<br>Sampath Sundar, )<br>)<br>Defendants.          ) | Criminal No. 07-292 (RMU)<br>Under Seal |

## NOTICE OF CHANGE OF ADDRESS FOR JOHN MAGRUDER READ, IV.

John M. Read, IV herby declares:

1. New address 1204-A East Washington Street, Greenville, SC 29601.

2. New email address is as follows: jread@prlawpa.com

3. Contact phone number as listed:

   a. (864) 241-9828 office
   b. (864) 241-9818 facsimile

Respectfully submitted by:

**Pillsbury & Read, P.A.**

_____
John M. Read, IV (S.C. #12569)
1204-A East Washington Street
Greenville, SC 29601
864-241-9828
Fax: 864-241-9818 Email:
jread@prlawpa.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                    )<br>)<br>)<br>Parthasathy Sudarshan,         )<br>Mythili Gopal,                       )<br>AKN Prasad, and                  )<br>Sampath Sundar,                  )<br>)<br>            Defendants.           )<br>_____ ) | Criminal No. 07-292 (RMU)<br>Under Seal<br><br>**Certificate of Service** |

I, HEREBY CERTIFY that on this 7th day of November, 2007, the following documents were mailed to United States District Court, to the attention of the Clerk of Court by causing a copy of the same to be deposited in the United States Mail with sufficient postage attached thereto, addressed as follows:

**Documents:** Notice of Change of Address for Attorney John M. Read, IV.

**Addressed:** US District Court
Attn: Clerk of Court
333 Constitution Ave., N.W.
Room 1225
Washington, DC 20001

_Michelle L. Alfakir_
Michelle L. Alfakir

Greenville, South Carolina
November 7, 2007