IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>MYTHILI GOPAL,<br><br>                    Defendant. | Case No.: 07-CR-292 (RMU) |

## DEFENDANT MYTHILI GOPAL'S EMERGENCY UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Mythili Gopal, through her counsel, hereby requests a modification of the conditions of her release to permit her to travel to India. Defendant submits this request for the specific purpose of visiting her ailing father for a period of not more than 10 days, excluding travel time. Defendant's counsel has conferred with Assistant United States Attorney Anthony Asuncion and Jay Bratt of the National Security Division of the Department of Justice, who have agreed to return Defendant's passport for this trip upon the occurrence of two events: (i) posting of Defendant's home in Simpsonville, South Carolina, as security, which Defendant agrees to do; and (ii) entry of an order by this court. A proposed order reflecting this unopposed modification to Defendant's conditions of release is attached.

Defendant respectfully submits the following details regarding her desire to travel to India: Defendant's father suffers from a number of medical problems, including left ventricle failure, malfunctioning kidneys, advanced diabetes, and a urinary tract condition that necessitates surgery. His health has deteriorated greatly over the past weeks, and, most recently, he underwent a complicated surgery on March 5, 2008. He is in a critical state as evidenced by a

letter from his physician that is attached hereto. Defendant wishes to travel to India to comfort her father and assist her mother with his care. Her children and husband will not accompany her on her trip.

If permitted to travel to India, Defendant will remain there for no more than 10 days, excluding travel time. She will return to the United States well in advance of her next court date, which is currently a status conference scheduled for May 8, 2008. As security, Defendant will post her house, located at 22 Red Globe Court, Simpsonville, South Carolina, 29681. Local counsel for the defendant has made contact with both the defendant's pretrial officer in South Carolina and the clerk's office to post the security as requested by the Government. Immediately upon the posting, the defendant will submit proof of the same to the Government so that the passport may be released. Finally, upon returning to the United States, Defendant will resubmit her passport to the United States Attorney's Office for the District of Columbia.

DATED: March 10, 2008

Respectfully submitted,

*[signature]*
Anjali Chaturvedi (Bar No. 446177)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C. 20004-2128
Tel.: (202) 585-8000
Fax: (202) 585-8080

Certificate of Service

I hereby certify that this 10th day of March, 2008, a copy of the foregoing Emergency Unopposed Motion to Modify Conditions of Release have been sent via email and first-class mail to the following individuals:

Jay Bratt
National Security Division
Department of Justice
12th and Pennsylvania Avenue, NW
Washington, DC 20530

Anthony Asuncion
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Jack Read, Esq
1204-A East Washington Street
Greenville, SC 29601

_____
Anjali Chaturvedi (Bar No. 446177)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C. 20004-2128
Tel.: (202) 585-8000
Fax: (202) 585-8080

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

- v. -

MYTHILI GOPAL,

Defendant.

Case No.: 07-CR-292 (RMU)

## ORDER

By unopposed motion dated March ___, 2008, Defendant Mythili Gopal moved for an order modifying the conditions of her release to allow her to travel to India. Having read and considered the submission, the Court GRANTS this motion and rules as follows:

1. Defendant is permitted to travel to India for a period of not more than 10 days, excluding travel time, on the condition that she posts as security her house, which is located at 22 Red Globe Court, Simpsonville, South Carolina, 29681.

2. Upon entry of this order, and posting of the property, the United States Attorney's Office for the District of Columbia shall return Defendant's passport to her for this trip only.

3. Defendant shall resubmit her passport to the United States Attorney's Office immediately upon returning to the United States.

It is so ORDERED this ____ day of March, 2008.

_____
Judge Ricardo M. Urbina
United States District Judge

**Bharat Heavy Electricals Limited**
(A Govt.of India Undertaking)
High Pressure Boiler Plant, Tiruchirappalli 620 014, India
**MEDICAL DEPARTMENT**
FAX : (0431) – 2553222     PHONE : 2552544


AN ISO 9001 COMPANY

Dr.V.Ramamoorthy, M.D.,
Medical Superintendent & Physician

8 March 2008

## TO WHOMSOEVER IT MAY CONCERN

This is to certify that Mr.V.Thirunarayanan, our OP No.RA2034700, aged 75 years is suffering from Systemic Hypertension, Type II Diabetes Mellitus, Coronary Artery disease with severe LV dysfunction and chronic renal failure is under my care. He is at present in a critical state and undergoing Haemodialysis.

Dr. V. RAMAMOORTHY, M.D.,
MEDICAL SUPERINTENDENT &
PHYSICIAN
BHEL, TIRUCHIRAPPALLI - 620 014.