IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

- v. -

MYTHILI GOPAL,

               Defendant.

Case No.: 07-CR-292 (RMU)

**FILED**

MAR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

By unopposed motion dated March 10, 2008, Defendant Mythili Gopal moved for an order modifying the conditions of her release to allow her to travel to India. Having read and considered the submission, the Court GRANTS this motion and rules as follows:

1. Defendant is permitted to travel to India for a period of not more than 10 days, excluding travel time, on the condition that she posts as security her house, which is located at

2. Upon entry of this order, and posting of the property, the United States Attorney's Office for the District of Columbia shall return Defendant's passport to her for this trip only.

3. Defendant shall resubmit her passport to the United States Attorney's Office immediately upon returning to the United States.

It is so ORDERED this 10 day of March, 2008.

                                                Judge Ricardo M. Urbina
                                                United States District Judge