UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

- v. -

MYTHILI GOPAL,

              Defendant.

Case No.: 07-CR-292 (RMU)

**SEALED CASE**

**ORDER**

Upon consideration of the motion before the Court, it is hereby ordered that all the estate, title, and interest acquired under the mortgage deed for the real property located at 22 Red Globe Court, Simpsonville, South Carolina 29681, which Defendant pledged as security to the Clerk of the United States District Court for the District of Columbia on March 12, 2008 be reconveyed to Defendant Mythili Gopal and to co-mortgagor Santhanam Gopal, Defendant's spouse.

It is so ORDERED this 23rd day of May, 2008.

_____
Judge Ricardo M. Urbina
United States District Judge

3