UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff<br><br>    - v. -<br><br>MYTHILI GOPAL,<br><br>                           Defendant. | Case No.: 07-CR-292 (RMU)<br><br>**SEALED CASE** |

**DEFENDANT'S UNOPPOSED MOTION FOR RECONVEYANCE OF REAL PROPERTY PLEDGED AS SECURITY**

On May 8, 2008, this Court orally ordered a reconveyance of the real property located at 22 Red Globe Court, Simpsonville, South Carolina 29681, which Defendant conveyed to the Clerk of the United States District Court for the District of Columbia on March 12, 2008, as collateral for a surety bond. The government consented to this request.

The Clerk's office has requested that a written order be issued in the matter.

A proposed order reflecting the Court's previous ruling is attached.

DATED: May 23, 2008

Respectfully submitted,

*Anjali Chaturvedi*
Anjali Chaturvedi (Bar No. 446177)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C. 20004-2128
Tel.: (202) 585-8000
Fax: (202) 585-8080

## Certificate of Service

I hereby certify that this 23rdt day of May, 2008, copies of the foregoing Unopposed Motion for Reconveyance of Real Property have been sent via email and first-class mail to the following individuals:

Jay Bratt
National Security Division
Department of Justice
12th and Pennsylvania Avenue, NW
Washington, DC 20530

Anthony Asuncion
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

John M. Read IV
1204-A East Washington Street
Greenville, SC 29601

                                                *(signature)*
Anjali Chaturvedi (Bar No. 446177)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C. 20004-2128
Tel.: (202) 585-8000
Fax: (202) 585-8080

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>MYTHILI GOPAL,<br><br>Defendant. | Case No.: 07-CR-292 (RMU)<br><br>**SEALED CASE** |

### ORDER

Upon consideration of the motion before the Court, it is hereby ordered that all the estate, title, and interest acquired under the mortgage deed for the real property located at 22 Red Globe Court, Simpsonville, South Carolina 29681, which Defendant pledged as security to the Clerk of the United States District Court for the District of Columbia on March 12, 2008 be reconveyed to Defendant Mythili Gopal and to co-mortgagor Santhanam Gopal, Defendant's spouse.

It is so ORDERED this ____ day of May, 2008.

_____
Judge Ricardo M. Urbina
United States District Judge