UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-292 (RMU) |
| | : | |
| v. | : | Motion seeks expedited relief (extension of |
| | : | August 24 response deadline) |
| | : | |
| **MYTHILI GOPAL** | : | UNDER SEAL |

### GOVERNMENT'S CONSENT MOTION TO EXTEND AUGUST 24, 2008, DEADLINE FOR FILING MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for leave to file is Memorandum in Aid of Sentencing on July 31, 2008, instead of the present deadline of July 24, 2008. The reasons for this request are as follows:

Assistant United States Attorneys Jay Bratt and Anthony Asuncion are assigned to this matter. AUSA Asuncion is in Bogota, Colombia, this week (July 21-24), working on other matters. AUSA Bratt had planned to prepare the government's Memorandum in Aid of Sentencing that is due on July 24. Due to matters that have arisen in another case in the Central District of California, AUSA Bratt is required to appear in that District on July 24 for a hearing, and has had to spend the majority of his time this week preparing for that hearing. As a result, AUSA Bratt, who is on detail to the National Security Division of the Department of Justice, has been unable to prepare the memorandum and will not be able to prepare it in time for the July 24 deadline. The government therefore requests an extension of time of one week to file its memorandum.

AUSA Bratt has contacted Anjali Chaturvedi, counsel for the defendant, who does not

oppose this request, so long as the deadline for filing is extended for both parties.

WHEREFORE, the government requests an Order granting the United States and the defendant until July 31, 2008, within which to file its Memorandum in Aid of Sentencing in this case. A proposed Order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 451058

By:      /s/
JAY I. BRATT
Assistant United States Attorney
Illinois Bar No. 6187361
(202) 514-3225
jay.bratt@usdoj.gov

     /s/
ANTHONY ASUNCION
Assistant United States Attorney
(202) 514-6950
D.C. Bar No. 420822
anthony.asuncion@usdoj.gov

National Security Section
555 4th Street, NW – 11th Floor
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Criminal No. 07-292 (RMU) |
| | : |
| **v.** | : |
| | : |
| | : |
| **MYTHILI GOPAL** | : UNDER SEAL |

### ORDER

Upon consideration of the government's motion for an extension of time within which to file its Memorandum in Aid of Sentencing, it is hereby

ORDERED that the parties' Memoranda in Aid of Sentencing are due on July 31, 2008; and it is further

ORDERED that any replies to those memoranda are due on August 6, 2008.

_____
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

AUSA Jay Bratt
AUSA Anthony Asuncion
National Security Section
555 4th Street, NW – 11th Floor
Washington, D.C.  20530

Anjali Chaturvedi
Nixon Peabody, LLP
401 9th Street, NS
Suite 900
Washington, DC 20004-2128