IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-292 (RMU) |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| MYTHILI GOPAL, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

The United States of America, through its undersigned counsel, moves for a downward departure pursuant to § 5K1.1 of the Guidelines to reflect the defendant's substantial assistance to the government. The government has filed contemporaneously with this motion a Sentencing Memorandum that outlines the nature and scope of this substantial assistance. For the reasons contained therein, the Court should grant the government's motion for downward departure. In addition, pursuant to § 3E1.1(b) of the Guidelines, the government moves for an additional one-level reduction in the defendant's offense level to reflect her timely guilty plea.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 451058

By: _____/s/_____
JAY I. BRATT
Assistant United States Attorney
Illinois Bar No. 6187361
(202) 514-3225
jay.bratt@usdoj.gov

           /s/
_____
ANTHONY ASUNCION
Assistant United States Attorney
D.C. Bar No. 420822
(202) 514-6950
anthony.asuncion@usdoj.gov

National Security Section
555 4th Street, NW – 11th Floor
Washington, D.C.  20530


           /s/
_____
CLIFFORD I. RONES
Senior Trial Attorney
Counterespionage Section
U.S. Department of Justice
Md. Bar No. 8506010284
1400 New York Avenue, NW
Washington, D.C. 20530
clifford.rones@usdoj.gov

**Certificate of Service**

I, Anthony Asuncion, certify that I caused to be served a copy of the foregoing by electronic means on counsel of record for defendant Gopal this 31st day of July, 2008.

_____/s/_____
Anthony Asuncion

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-292 (RMU) |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| MYTHILI GOPAL, | : | |
| | : | |
| Defendant. | : | |

### ORDER

Before the Court is the government's motion for a downward departure pursuant to § 5K1.1 of the Guidelines. In addition, the government seeks an additional one-level reduction in the defendant's offense level pursuant to § 3E1.1(b). The Court, having considered the government's motion, **GRANTS** it.

**DONE AND ORDERED** this _____ day of August, 2008.

                                                                    _____
                                                                    Honorable Ricardo M. Urbina
                                                                    United States District Judge

Copies to:

AUSA Jay I. Bratt
AUSA Anthony Asuncion
Anjali Chaturvedi, Esq.