UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-292 (RMU) |
| v. | : | |
| MYTHILI GOPAL | : UNDER SEAL | |

**FILED JUL 29 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the government's motion for an extension of time within which to file its Memorandum in Aid of Sentencing, it is hereby

ORDERED that the parties' Memoranda in Aid of Sentencing are due on July 31, 2008; and it is further

ORDERED that any replies to those memoranda are due on August 6, 2008.

_____
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

AUSA Jay Bratt
AUSA Anthony Asuncion
National Security Section
555 4th Street, NW – 11th Floor
Washington, D.C. 20530

Anjali Chaturvedi
Nixon Peabody, LLP
401 9th Street, NS
Suite 900
Washington, DC 20004-2128

