IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>       - v. -<br><br>MYTHILI GOPAL,<br><br>                       Defendant. | Case No.: 07-CR-292 (RMU)<br><br>**(UNDER SEAL)** |

## DEFENDANT'S REPLY TO GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

Comes now the defendant, Mrs. Mythili Gopal, through counsel, and submits her reply to the Government's Memorandum in Aid of Sentencing ("Government's Memorandum"). While the Government and the Defense concur that probation is an appropriate sentence in this matter, we submit that the additional obligation of home confinement requested by the Government is unnecessary and does not serve the interests of justice in this case.

Accordingly, for the reasons set forth below, our ultimate recommendation is that Mrs. Gopal be granted the 2-level reduction for minor role under the U.S.S.G. § 3B1.2, as well as at least a 13-level reduction for her substantial assistance pursuant to U.S.S.G. § 5K1.1. The resulting Guideline Offense Level would be no greater than eight (8). The resulting sentencing would put Mrs. Gopal in the area of Zone A under the Sentencing Guidelines. As Mrs. Gopal stated in her Memorandum in Aid of Sentencing, the additional special condition of community service under U.S.S.G. § 5F1.3 would allow her an opportunity to continue to prove to the Court that she understands the seriousness of her conduct and is prepared to make amends for

her actions.  Such a sentence would properly address the factors set forth in 18 U.S.C. §

3553(a) and ensure a just and appropriate resolution in this matter.

### The Government's Position

The Government's Memorandum admirably lays out the cooperation provided by Mrs.

Gopal.  We will not repeat all of the assistance rendered by Mrs. Gopal as set forth by the

Government and also addressed in the Defendant's Memorandum in Aid of Sentencing;

however, it is noteworthy that in describing some of the key contributions provided by Mrs.

Gopal, the Government states that her cooperation was "invaluable in obtaining the conviction

of the lead defendant in this matter" and "invaluable in describing how Cirrus' intricate record

keeping procedures – with separate invoices and purchase orders for each office in the chain of

an export – actually worked." Government's Sentencing Memorandum at 2, 3.  Moreover, the

Government indicates that "Gopal would have been a very important witness at trial." Id. at 3.

The Government also states that while the crime was a serious one, Mrs. Gopal's role in the

conspiracy was "mostly an administrative one" and that ". . . Gopal profited little from her

activities with Cirrus. . . ." Id. at 5-6.[1]  Finally, the Government properly acknowledges that

> . . . [Gopal] played a very small role in the overall conspiracy.  The
> government harbors no doubt that even without her, the conspiracy
> would have existed, the goods would have been shipped overseas, and
> the crimes would have been committed.  The uniqueness of Gopal's
> situation, along with the substantial assistance provided, suggest that
> significant lenience in sentencing is appropriate and just.

Id. at 8.  To be clear, Mrs. Gopal agrees with the Government that the crime here was serious;

however where the Government and Defense part ways is in the recommendation to the Court

---

[1]  While the government states that Mrs. Gopal earned as much as $20,000 during one year of her employment
with Cirrus (Government's Memorandum at 6), in fact the most she earned during one year was $12,000 as
evidenced by her tax returns that were submitted to the probation department during the presentence
investigation.  Nonetheless, as the Government acknowledges, Mrs. Gopal was not motivated by money.  She
reluctantly accepted some payment because her brother-in-law insisted on it.

as to how Mrs. Gopal should spend her probationary sentence in light of the seriousness of the offense. The Government submits that Mrs. Gopal should be ordered to remain at home for six months. This would not serve the interests of justice.

### No Need For Home Confinement

A period of home confinement would not serve any useful purpose. Through the letters Mrs. Gopal submitted in her Memorandum in Aid of sentencing, it is clear that she spends the majority of her time helping others in her community and serving at her temple in a volunteer capacity. Most of all, she is a devoted and loving mother who provides primary care to her children. Attached as Exhibit A is what would be the typical weekday schedule of scheduled events for Mrs. Gopal when her children Varsha and Varun begin fourth and ninth grade, respectively. In addition to the weekly scheduled events, Mrs. Gopal commits time to the following activities:

(1)    Once a week Mrs. Gopal attends "lunch bunch' where she supervises the children over the lunch hour at her daughter's school.

(2)    She volunteers at "Sunshine Math" where she lends help to kids who have difficulty in mathematics. Mrs. Gopal volunteers a minimum of five weeks out of a total of 20 weeks (Sunshine Math class is taught only once a week).

(3)    She chaperones on school field trips at least once a school year.

(4)    She opens and closes the Greenville Vedic Center on the 20th of every month and depending on her schedule, the Gopal family goes to the Vedic center whenever possible to volunteer with temple services.

(5)    Arranges religious observances at the temple where hundreds of people attend the services.

(6)    In January, Mrs. Gopal will be involved with Anand Bazar which is an event to display the talent of all the Indian kids in and around Greenville. Mrs. Gopal volunteers to help the person teaching Varun and Varsha by gathering the costumes used in the program, arranging practice times and other necessary help.

(7)    In February or March of each year, Mrs. Gopal participates in a program called "A Day with India" which is a public event organized and designed to teach community members about India. The proceeds go to a local charity. Mrs. Gopal helps by preparing and donating food. The entire Gopal family volunteers on that day during the event for a minimum of two hours.

(8)    In October, Mrs. Gopal volunteers at her daughter Varsha's school fall festival which is a fund raising event.

(9)    Mrs. Gopal also intends to volunteer at Varun's school for the speech and debate program.

And even this list is not exhaustive. As the many letters that were submitted by Mrs. Gopal in her Memorandum in Aid of Sentencing make clear, she makes time to help her friends and neighbors as the needs arise. By forcing Mrs. Gopal to remain at home – albeit for six months – would negatively impact all of the constructive things that Mrs. Gopal does to make her children better students and citizens, assist her local temple and schools, and help her friends and neighbors who count on her.

While the Government fairly recognizes the unique facts and circumstances of this case, it did not make mention of the fact that Mrs. Gopal still faces as of yet unknown immigration consequences for her actions. While her husband and son were able to secure their American citizenship during the pendency of this case (her daughter was born in the U.S.), Mrs. Gopal does not know whether she will be able to stay here as she had hoped. This is yet another fact that ought to be considered when determining the appropriate sentence in the matter.

### Probation with Community Service is Enough

The Government and Mrs. Gopal have reached consensus on much of the sentencing discussion to date. The only reason to take issue with the Government at this juncture is because the goals of sentencing can best be met, and society can best be served not by forcing Mrs. Gopal to remain at her home for six months but by encouraging her to use her most

positive talents in the most positive way which is raising her children and helping her

community.

### Conclusion

Accordingly for the reasons set forth above, Mrs. Gopal respectfully requests that the

Court impose a period of probation in this case. By ordering as a special condition that Mrs.

Gopal render community service, Mrs. Gopal will be able to use her best attributes to contribute

to her community in a meaningful and productive way.


Respectfully Submitted,

Anjali Chaturvedi (D.C. Bar No. 446177)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C. 20004-2128
Tel.: (202) 585-8000
Fax: (202) 585-8080

Counsel for Mythili Gopal

## Certificate of Service

I hereby certify that on this 6th day of August, 2008, copies of the foregoing Defendant's Reply to the Government's Memorandum in Aid of Sentencing has been sent electronically and via first-class mail to the following individuals:

Jay I. Bratt
Assistant United States Attorney
National Security Division
Department of Justice
12th and Pennsylvania Avenue, NW
Washington, DC  20530

Anthony Asuncion
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC  20530

Clifford I. Rones
Counterespionage Section
Department of Justice
1400 New York Ave, NW
Washington, DC  20530

Probation Officer Renee Moses-Gregory
United States Probation
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Respectfully Submitted,

Anjali Chaturvedi (D.C. Bar No. 446177)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C.  20004-2128
Tel.: (202) 585-8000
Fax: (202) 585-8080

Counsel for Mythili Gopal

# **Exhibit A**

# Mythili Gopal's Scheduled Events During the School Year

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 7:30 am | Take Varsha to school; take Varun to different school | Take Varsha to school; take Varun to different school | Take Varsha to school; take Varun to different school | Take Varsha to school; take Varun to different school | Take Varsha to school; take Varun to different school | Soccer games (various times) for Varsha | |
| 10:00 am | | | | | | | Varsha & Varun Indian classical music class |
| 11:15 am | | | | | | | Varsha & Varun Sunday school class |
| 1:30 pm | | | | | | Tamil class for Varsha | |
| 2:30 pm | Pick Varsha up from bus stop | Pick Varsha up from bus stop | Pick Varsha up from bus stop | Pick Varsha up from bus stop | Pick Varsha up from bus stop | Speech and debate team for Varun (no schedule set yet) | |
| 3:15 pm | Take Varsha to violin lessons | | Take Varsha to violin lessons | | | | |
| 3:30 pm | | | | | Violin group for Varsha on first Friday of every month | | |
| 3:45 pm | Pick Varun up from school at take to Symphonia (Violin) | | | | | | |
| 4:00 pm | | | | Varsha Kumon class | | | |
| 4:45 pm | Pick Varsha up from violin lessons | | Pick Varsha up from violin lessons | | | | |
| 5:00 pm | Pick Varun up from Symphonia and drive home | | Pick Varun up from school and drive home | | | | |
| 5:15 pm | | Varsha piano lessons | | | | | |
| 5:30 pm | | | | Varun Kumon class | | | |
| 5:45 pm | | Varun piano lessons | | | | | |
| 6:15 – 7:45 pm | | Varsha soccer practice | | Varsha soccer practice | | | |
| 7:30 pm | | | | | Varun & Varsha attend prayer group at temple | | |