AO 245B  (Rev. 06/05) (Rev DC 12/15/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## for the District of Columbia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| MYTHILI GOPAL | Case Number: 07-0292-01 |
| | USM Number: 15362-171 |
| | ANJALI CHATURVEDI AND DONALD GRAYSON YEARGIN |
| | Defendant's Attorney |

**FILED AUG 18 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  one (1) of the information filed in this case on October 29, 2007.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 371 and 50 U.S.C. 1705 and 22 U.S.C 2778 | Conspiracy to Violate the International Emergency Economic Powers Act and the Export Administration Regulations and to Violate the Arms Export Control Act and the International Traffic in Arm Regulation | 2003 - 9/2006 | 1 |

The defendant is sentenced as provided in pages 2 through __10__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) None _____ is/are dismissed on the motion of the United States

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 11, 2008
Date of Imposition of Judgment

*/s/ Ricardo M. Urbina*
Signature of Judge

Ricardo M. Urbina                    U. S. District Judge
Name of Judge                         Title of Judge

8.18.08
Date



DEFENDANT: MYTHILI GOPAL
CASE NUMBER: 07-0292-01

Judgment—Page 2 of 10

## PROBATION

The defendant is hereby sentenced to probation for a term of:

FOUR (4) YEARS WITH CONDITIONS. PROBATION SUPERVISION IS TO BE TRANSFERRED TO GREENVILLE, SOUTH CAROLINA. THE COURT WILL RETAIN JURISDICTION OVER THIS CASE. (Paragraph #76 of Pre-Sentence Investigation Report stricken)

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

- [x] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [ ] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [x] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment—Page 3 of 10

DEFENDANT: MYTHILI GOPAL
CASE NUMBER: 07-0292-01

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

1. Special Assessment - The defendant shall pay a $100.00 special assessment fee. However, as documented by the pre-sentence investigation, the special assessment has been paid.

2. Change of Address - Within 30 days of any change of address, the defendant shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full. The defendant shall make payment on the fine through her participation in the Bureau of Prisons' Inmate Financial Responsibility Program.

DEFENDANT:   MYTHILI GOPAL
CASE NUMBER:   07-0292-01

# SPECIAL CONDITIONS OF SUPERVISION

1. DNA Sample Requirement - Pursuant to 42 U.S.C. section 13135(a)-(d), for all felony offenses, the defendant shall submit to the collection and use of DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the U. S. Probation Office.

2. Fine Obligation - The defendant shall pay a fine in the amount of $5,000.00.  She shall pay the balance of any fine owed at a minimum rate of no less than $250.00 each month and provide verification of same to the Probation Office. The Court waives the payment of interest and penalties that may accrue on the fine amount.

3. Deportation Compliance - The defendant shall comply with the Bureau of Immigration and Customs Enforcement's immigration process.  If deported, she shall not re-enter the United States without legal authorization during the period of supervision.  Should she receive permission to return to the United States, she shall report to the U. S. Probation Office in the area where she intends to reside within 72 hours of her return.

4. Community Service - The defendant shall perform 200 hours of community service, as approved and directed by the U. S. Probation Office.

5. Home Detention with Electronic Monitoring - The defendant shall be placed Home Detention in the Electronic Monitoring Program for a period of sixty  (60) days, to commence within thirty (30) days of being placed on probation. The Court finds that the defendant does not have the ability to pay both the fine and cost of electronic monitoring. Therefore, the Court waives the costs of electronic monitoring.  During the electronic monitoring period, the defendant shall remain at her place of residence, except for employment or other activities approved in advance by the probation officer.  The defendant shall permit a probation officer to contact the employer while participating in the electronic monitoring program.  The defendant shall maintain a telephone at her place of residence without any special features, modem, answering machines, or cordless telephones during the term of electronic monitoring.  The defendant shall wear an electronic device and shall observe the rules specified by the probation officer.  She shall not leave the judicial district where she resides during the term of electronic monitoring without approval by the probation officer.

   The defendant shall be placed in home detention for a period of 60 days with electronic monitoring.
   The Probation Office shall release the pre-sentence investigation report to all appropriate agencies in order to execute the sentence of the Court.  Treatment agencies shall return the pre-sentence report to Probation Office upon the defendant's completion or termination from treatment.

   THE COURT FINDS  that the provision for submission of periodic drug tests, as required under 18 U.S.C. § 3563(a) and 3583(b), is suspended, as the defendant is believed to pose a low risk of future substance abuse.

Judgment — Page 5 of 10

DEFENDANT: MYTHILI GOPAL
CASE NUMBER: 07-0292-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ $100.00 (Paid) | $ 5,000.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

**TOTALS**            $ _____0.00_____        $ _____0.00_____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the    ☑ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   - (Rev. 06/05) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT: MYTHILI GOPAL
CASE NUMBER: 07-0292-01

Judgment — Page __6__ of __10__

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☑ Lump sum payment of $ __5,000.00__ due immediately, balance due

   ☐ not later than _____ , or
   ☑ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

B  ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑ Special instructions regarding the payment of criminal monetary penalties:

   The defendant shall pay a $100.00 special assessment fee. However, as documented by the pre-sentence investigation, the special assessment has been paid. The defendant shall pay a fine in the amount of $5,000.00. She shall pay the balance of any fine owed at a minimum rate of no less than $250.00 each month and provide verification of same to the Probation Office. The Court waives the payment of interest and penalties that may accrue on the fine amount.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.